1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12

JOHN GRAHAM, Individually and On Behalf of All Others Similarly Situated,

13

Plaintiffs,

14

vs.

15
16

CAPITAL ONE BANK (USA), N.A.; and DOES 1 through 10, Inclusive,

17
18

Defendants.

19
20
21
22
23
24
25
26
27
28

CASE NO. SACV13-743-JLS (JPRx)

Hon. Josephine L. Staton

[Assigned to Magistrate Judge Jean P. Rosenbluth for discovery purposes]

**DISCOVERY MATTER**

**STIPULATED PROTECTIVE ORDER**

Action filed:  May 19, 2013
Trial date:      February 3, 2015

**PROTECTIVE ORDER**

## **PROTECTIVE ORDER**

Having considered the stipulation of the parties filed concurrently, and good cause appearing,

IT IS HEREBY ORDERED:

That the Stipulated Protective Order filed by the parties on December 4, 2013 is hereby approved in its entirety and the terms of the protective order are hereby adopted as the Order of this Court and shall govern in this case.

IT IS SO ORDERED.

DATED:  <u>December 09, 2013</u>     _____

Hon. Jean P. Rosenbluth
United States Magistrate Judge

1
**PROTECTIVE ORDER**