JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GRAHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: SACV13-00743-JLS (JPRx)<br><br>**JUDGMENT**<br><br>CLASS ACTION |

The Court previously granted final approval of the settlement set forth in the Amended Settlement Agreement (the "Settlement"). (*See* Order Granting Plaintiff's Motion for Final Settlement Approval, Doc. 37.) Due and adequate notice has been given to the Class. Having reviewed the Settlement, all papers filed and proceedings had herein, and the record in this litigation, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. This action, including all claims against Capital One Bank (USA) N.A., is hereby dismissed on the merits and with prejudice;

2. The Releases set forth in the Settlement are incorporated herein by reference and are effective as of the date of this Judgment.

3. Plaintiff and the Class Members are hereby permanently enjoined from proceeding with any claims against Capital One Bank (USA) N.A. within the scope of the Releases set forth in the Settlement.

4. There being no just reason to delay, the Clerk of the Court is directed to enter this Judgment forthwith.

**SO ORDERED:**

Dated: January 15, 2015

_____
Honorable Josephine L. Staton
United States District Judge